

| MURIEL GOODE-TRUFANT<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Maxim Maiello**<br>Assistant Corporation Counsel<br>Phone: (212) 356-2082<br>Email: mamaiell@law.nyc.gov |

November 26, 2024

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Court Judge
United States District Court, Southern District of N.Y.
500 Pearl Street
New York, NY 10007



    Re:   H.A.L. v. New York City Department of Education
            Case No: 24-cv-06879-KPF

Dear Judge Polk Failla:

    This office represents Defendant New York City Department of Education ("DOE") in the above referenced action, and we are writing to request an adjournment of the Initial Pre-Trial Conference presently scheduled for December 6, 2024 (ECF No. 12).

    To date, the parties have not yet received the administrative record, which has been ordered from the State Review Office by Plaintiff, and which is needed for an appropriate response to the Complaint and a productive conference. Additionally, Defendant's time to respond to the Complaint has been extended to December 23, 2024 (ECF No. 17). Defendant does not at this time request an extension of the December 23, 2024 deadline, pending receipt of the administrative record.

    No previous request for an adjournment has been made by Defendant, no existing deadlines in the case will be impacted by the requested adjournment, and Plaintiffs have consented to the requested adjournment.

    Thank you for your consideration in this matter.

                                                              Very truly yours,

                                                              /s/ Maxim Maiello

                                                              Maxim Maiello
                                                               Assistant Corporation Counsel

cc:    All parties via ECF

Application GRANTED. Anticipating that the parties will soon receive the requested administrative record, and in light of the fact that Defendant has until December 23, 2024, to answer or otherwise respond to the complaint (see Dkt. #17), the Court hereby ADJOURNS the initial pretrial conference currently scheduled for December 6, 2024, to **January 9, 2025,** at **12:00 p.m.** At the scheduled time, the parties shall dial (855) 244-8681 and enter access code 2315 780 7370. Additionally, the deadline to file the joint letter and proposed case management plan (see Dkt. #12) is hereby ADJOURNED to the Thursday of the week prior to this date.

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Dated:   November 26, 2024         SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE