**LAW OFFICES OF BONNIE SPIRO SCHINAGLE**
6800 Jericho Turnpike, Suite 120W
Syosset, N.Y. 11791
(516)967-5874
Bschinagle@schinaglelaw.com
March 19, 2025

**MEMO ENDORSED**

**By ECF and email**

| | |
|---|---|
| Hon. Katherine Polk Failla | Maxim Maiello |
| Failla_NYSDChambers@ nysd.uscourts.gov | Mamaiello@schools.nyc.gov |

        Re: H.A.L., individually and on behalf of M.L., a child with a
        disability -Against- New York City Department of Education,
        Case CV. 24-06879
        Request to file record under seal

Your Honor:

    My office represents the Plaintiffs in this matter, which seeks review of the findings of an Impartial Hearing Officer (IHO) and State Review Officer (SRO) concerning matters arising under the Individuals with Disabilities in Education Act (IDEA), 42 U.S.C. §1400 *et seq.* and New York State Education Law. This letter motion is a request that the Record by filed under seal.

   This matter involves claims relating to the education of a minor child. The unredacted documents contain identifying information, including the child's name. birthdate the family's home address is in a document produced by the Defendant in the underlying impartial hearing, as well as a copy of a check written by the parent and the name, and address of the school that the child attends. Permitting the record to be filed under seal would protect against public access against giving the public ready access to this information out of concern for the parent and child's safety by preventing it from being available for public view and following the events in your review of the matter will be, in my view, far easier if you have an unredacted record.

1

Accordingly, it is respectfully requested that you grant permission for the record to be filed under seal along with a copy of this letter. The unredacted record is attached for your review and, as per your rules, has been filed under seal.

Defendant's counsel has agreed to permit the Record to be filed under seal.

                        Respectfully submitted,
                        //Bonnie Schinagle
                        Bonnie Spiro Schinagle, Esq.

Cc: By email,
Maxim Maiello, Esq.
Mamaiello@schools.nyc.gov

```
Application GRANTED.  The Clerk of Court is directed to file
docket entry 32 under seal, viewable only to the parties and to
the Court.

The Clerk of Court is further directed to terminate the pending
motion at docket entry 31.

Dated:     March 20, 2025              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE