**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
H.A.L, individually and on behalf of M.L., a child with a
disability,

                                    Plaintiff,                24 **CIVIL** 6879 (KPF)

         -against-                              **JUDGMENT**

  NEW YORK CITY DEPARTMENT OF EDUCATION.

                                  Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 11, 2026, Plaintiff's motion for summary

judgment is DENIED and Defendant's cross-motion for summary judgment is GRANTED;

accordingly, the case is closed.

**Dated:** New York, New York

       March 11, 2026

                                   **TAMMI M. HELLWIG**
                               _____
                                     **Clerk of Court**

                     **BY:**   _____
                                   **Deputy Clerk**